TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON GONZALEZ, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>JET LANDING SYSTEMS LLC, a Nevada limited liability company;<br><br>Defendant. | CASE NO: 2:25-cv-02455-RFB-NJK<br><br>**NOTICE OF SETTLEMENT; STIPULATION TO VACATE EARLY NEUTRAL EVALUATION; PROPOSED ORDER REGARDING SAME** |

COMES NOW Plaintiff AARON GONZALEZ and Defendant JET LANDING SYSTEMS LLC, a Nevada limited liability company, by and through the parties' respective undersigned counsel of record, and files this notice and stipulation to the Court that the parties have reached a confidential resolution to the above-captioned action and anticipate filing a stipulation re: dismissal on or before August 31, 2026.[1] As such, the parties hereby STIPULATE that the Early Neutral Evaluation session, currently scheduled for August 11, 2026, may be

///

///

[1] The parties presently anticipate that all settlement obligations will be fulfilled by this time.

vacated, and the parties respectfully request that the Court enter an order to that effect.

**IT IS SO STIPULATED.**

Dated this August 3, 2026.

*/s/ Michael Burnette*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

*/s/ Trevor Hatfield*
TREVOR J. HATFIELD
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101

*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated: August 3, 2026

United States Magistrate Judge

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469