TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON GONZALEZ, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>JET LANDING SYSTEMS LLC, a Nevada limited liability company;<br><br>Defendant. | CASE NO: 2:25-cv-02455-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff AARON GONZALEZ, ("Plaintiff") and Defendant JET LANDING SYSTEMS LLC, by and through their respective attorneys of record, that all claims Plaintiff had or may have had against Defendant that are contained in, are reasonably related to or could have been brought in the above-captioned action,

///

///

///

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

are hereby dismissed, with prejudice, in their entirety. Each party to bear their own fees/costs.

Dated this 12th day of October, 2026.

*Michael A. Burnette*
/s/
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

*Trevor J. Hatfield*
/s/
TREVOR J. HATFIELD
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
*Attorney for Defendant*

**ORDER**

**DATED:** October 13, 2026.

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of October 2026, I electronically filed and served the foregoing STIPULATION AND with the Clerk of the Court by using the ECF system.

Dated October 12, 2026.

By: *___/s/ Trevor J. Hatfield___*
An employee of Hatfield & Associates, Ltd.

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469